___



**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: May 1, 2017**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **WILLIAM S. ROBERTS** | **CASE NO. 0306146EE** |
| **SARA A. ROBERTS** | |
| | |
| **JAMES L. HENLEY, JR., TRUSTEE** | |
| | |
| **VS.** | **ADVERSARY NO. 1500051EE** |
| | |
| **PATRICK C. MALOUF, AND PORTER** | |
| **& MALOUF, P.A.** | |

### JUDGMENT ON *ORDER TO SHOW CAUSE*

Consistent with the Court's Opinion dated contemporaneously herewith,

**IT IS THEREFORE ORDERED** that the above-styled case is hereby converted to a Chapter 7.

**IT IS FURTHER ORDERED** that once a Chapter 7 trustee has been appointed and has entered his/her appearance in Adversary Proceeding No. 1500051EE, the Court will consider

the *Motion to Dismiss* (Adv. Dkt. #18) filed by Patrick C. Malouf and Porter & Malouf, P.A. as to 11 U.S.C. § 542 found in the *Complaint for Turnover of Property, Declaratory Judgment and Equitable Relief* (Adv. Dkt. #7).

## ## END OF ORDER ##