UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:                                            CASE NO.: 03-06146-EE
                                                                                    CHAPTER 7

William S. Roberts,
   Debtor,
Sara A Roberts,
   Joint Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

                                       Robertson, Anschutz & Schneid, P.L.
                                       Authorized Agent for Secured Creditor
                                       6409 Congress Ave., Suite 100
                                       Boca Raton, FL 33487
                                       Telephone: 561-241-6901
                                       Facsimile: 561-997-6909
                                       By: /s/Ashley Albino
                                       Ashley Albino, Esquire
                                       Email: aalbino@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Michael M. Louvier
PO Box 1375
Brandon, MS 39043-1375

WILLIAM S ROBERTS
3785 MEADOW LANE
JACKSON, MS 39212

SARA A ROBERTS
3785 MEADOW LANE
JACKSON, MS 39212

Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Ashley Albino
    Ashley Albino, Esquire
    Email: aalbino@rasflaw.com